IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cv-412-MEF |
| | ) | (CR. NO. 2:97cr81) |
| ANTONIO ARNEZ EASTERLY | ) | |

# **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge entered on April 17, 2006 (Doc. #11), said Recommendation is hereby ADOPTED and it is the

ORDER, JUDGMENT and DECREE:

1. That the motion filed by Easterly on May 3, 2005 is DENIED and this case is DISMISSED.

2. That the costs of these proceedings be and are hereby TAXED against the defendant.

Done this the 9th day of May 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE